*1127 ante, p. 1017;
ante, p. 1019;
ante, p. 1039;
ante, p. 1039;
525 U. S. 1152;
525 U. S. 1153;
525 U. S. 1153;
*1128 No. 98-7370.
No. 98-7553.
No. 98-7638.
No. 98-7656.
No. 98-7697.
No. 98-7701.
No. 98-7731.
No. 98-7748.
No. 98-7780.
No. 98-7855.
No. 98-7880.
525 U. S. 1128;
ante, p. 1021;
ante, p. 1023;
ante, p. 1024;
ante, p. 1025;
ante, p. 1025;
ante, p. 1016;
ante, p. 1009;
525 U. S. 1137;
525 U. S. 1184; and
ante, p. 1042. Petitions for rehearing denied.